MARTÍNEZ, PETICIONARIO, *v.* SOTO NUSSA, JUEZ DE DISTRITO, DEMANDADO.

SOLICITUD para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Aguadilla en un caso sobre otorgamiento de escritura, abono de cantidad por deuda e indemnización de daños y perjuicios.

No. 121.—Resuelto en abril 29, 1914.

CERTIORARI—RESOLUCIONES REVISABLES EN LA APELACIÓN CONTRA LA SENTENCIA.—
No procede el recurso de *certiorari* contra resoluciones que aunque no son apelables son revisables en la apelación contra la sentencia.

Los hechos están expresados en la opinión.

El peticionario compareció en nombre propio.

El demandado no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

La solicitud de *certiorari* que resolvemos tiene su origen en un pleito que el peticionario sigue ante el Tribunal de Dis-

trito de Aguadilla contra la Sucesión de Pedro J. Arocena, representada por su viuda e hija sobre otorgamiento de escritura o abono de cantidad por deuda e indemnización de daños y perjuicios, y se pretende que expidamos el auto a fin de revisar una resolución del tribunal inferior que denegó la moción en que el demandante solicitaba no sólo que se eliminara una moción de los demandados para eliminar ciertos particulares de la demanda, sino también que se ordenase al secretario que anotase la rebeldía de los demandados y registrase sentencia contra ellos; y para que revisemos también otra resolución del tribunal que declaró con lugar la excepción de que la demanda no aduce hechos suficientes para determinar una causa de acción, que varias acciones han sido indebidamente acumuladas y que la demanda es ambigua, ininteligible o dudosa, y que concedió al propio tiempo término al demandante para enmendar su demanda.

No procede que libremos el auto que se interesa, porque si bien esas dos resoluciones no son directamente apelables, pueden serlo, la última mediante sentencia que se registre contra el demandante si es que no enmienda su demanda, y la resolución anterior, que es interlocutoria, cuando conozcamos en grado de apelación contra la sentencia dictada en el caso.

La petición de *certiorari* debe ser negada.

> *Desestimada la solicitud y denegada la expedición del mandamiento.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.